In the Matter of NASSAU COUNTY Relative to Acquiring Title to Horse Brook, Westerly Branch, from Northerly Line of New York Telephone Company, Northerly to Bedell Street, in the Village of Hempstead. WILMORE REALTY CORP., Respondent; MARY D. LANSING et al., Appellants.

Argued June 5, 1952; decided July 15, 1952.

*Thomas P. Tredway, Jr.,* for appellants.

*John C. O'Malley* and *Joseph V. McKee* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.